Aldona Beinarauskas, Plaintiff-Appellant, v. Anthony Beinarauskas, Defendant-Appellee.

Gen. No. 51,539. (Abstract of Decision.)

First District, Second Division.

December 22, 1967.

Garretson and Thornquist, of Chicago (James L. Garretson and Ruth Thornquist, of counsel), for appellant; no brief filed for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.